(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
      SERGIO ALVARADO

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: **1:20-cr-00002-DAD-BAM** |
| Plaintiffs, | |
| v. | **APPLICATION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE BASED UPON AGREEMENT OF PARTIES AND ORDER** |
| SERGIO ALVARADO, | |
| Defendants. | |

TO:    THE HONORABLE MAGISTRATE JUDGE BARBARA McAULIFFE, AND TO THE UNITED STATES ATTORNEY AND HER REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, STEPHANIE STOKMAN:

    Defendant, SERGIO ALVARADO, by and through his counsel, MARK W. COLEMAN, NUTTALL & COLEMAN, hereby applies for an order modifying his conditions of release to release him from electronic GPS/location monitoring, and removing his curfew.

    Mr. Alvarado was placed on electronic GPS/location monitoring on December 23, 2019. Since that time, he has been in continued contact with his pretrial services officer, and has done everything asked of him, including searching for employment. While searching for

///

employment, Mr. Alvarado has spent his free time volunteering with Habitat for Humanity, at a local church and Food Bank.

Counsel has discussed these proposed modifications with Assistant United States Attorney Stephanie Stokman, Esq., and with his Pretrial Services Officer, Renee Basurto, neither of whom, oppose this request. Mr. Alvarado's Pretrial services officer has confirmed that Mr. Alvarado has been compliant on pretrial release.

Mr. Alvarado is hereby requesting that his pretrial release conditions be amended as follows:

(1) The Defendant be released from location monitoring and curfew.

(2) The Defendant must reside at a location approved by the PSO, and not move or be absent from this residence without prior approval of PSO;

(3) The Defendant's travel is restricted to the Eastern District of California, unless otherwise approved in advance by PSO;

(4) The Defendant is required to gain prior approval for any overnight stay or travel; and

(5) All other conditions of release to remain in full effect and force.

Dated: May 20, 2020.                    Respectfully submitted,

                                        NUTTALL & COLEMAN

                                        /s/ Mark W. Coleman
                                        MARK W. COLEMAN
                                        Attorney for Defendant,
                                        SERGIO ALVARADO

**ORDER**

IT IS SO ORDERED.

Dated:   **May 22, 2020**                    _____
                                            UNITED STATES MAGISTRATE JUDGE