MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
SERGIO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALVARADO<br><br>Defendant. | Case No. 1:20-CR-00002-DAD-BAM<br><br>STIPULATION TO REPLACE THIRD-PARTY CUSTODIAN AND ORDER |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients as follows:

That a new custodian, Mesha Wimer, be substituted in lieu of and in place of Amber Quigley. Ms. Wimer's address and telephone number are known by Sacramento Pretrial Services Officer Renee Basurto. Renee Basurto, the Pretrial Services Officer who is overseeing defendant's release, has consented to this change of custodian and has requested that counsel for Defendant prepare a stipulation for the court to substitute the new custodian.

Defendant, Sergio Alvarado, is staying in regular contact with his attorney and is complying with all conditions of release.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 10, 2020. | Respectfully Submitted, |
| 2 | | NUTTALL & COLEMAN |
| 3 | | /s/ Mark W. Coleman |
| 4 | | MARK W. COLEMAN |
| 5 | | Attorney for Defendant, |
| 6 | Dated: July 10, 2020. | UNITED STATES ATTORNEY'S OFFICE |
| 7 | | /s/ Stephanie Stokman |
| 8 | | STEPHANIE STOKMAN |
| 9 | | Assistant U.S. Attorney |

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated:   **July 10, 2020**                     /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE