PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00002-ADA-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SERGIO ALVARADO, | |
| Defendant. | |

Based upon the indictment, amended bill of particulars, and the plea agreement entered between the United States of America and defendant Sergio Alvarado, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Sergio Alvarado' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately .50115520 Bitcoin;

    b. Approximately .99999774 Bitcoin Cash;

    c. Approximately 27.21299767 Ethereum;

    d. Approximately 67.35674854 Litecoin;

    e. Approximately $83,761.68 seized from Educational Employees Credit Union account ending in 0300, held in the name of Sergio Alvarado;

///

  f. Approximately $17,302.43 seized from Venmo account under username Sergio-Alvarado-11;

  g. Approximately $12,501.25 seized from Bank of Sierra account ending in 6075, held in the name of KCOYB, LLC;

  h. Approximately $4,169.71 seized from Golden 1 Credit Union account ending in 3409, held in the name of Sergio Alvarado;

  i. Approximately $2,033.49 seized from Union Bank account ending in 6915, held in the name of Sergio Alvarado;

  j. Cashier's Check number 0019211816 issued by Wells Fargo Bank in the amount of $1,200; and,

  k. Approximately $200.00 seized from Citibank account ending in 2884, held in the name of Sergio Alvarado.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. § 843(b), and/or was used, or intended to be used, in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. § 843(b).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Postal Inspection Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: February 24, 2023

_____
UNITED STATES DISTRICT JUDGE