1  MARK W. COLEMAN #117306
   LAW OFFICE OF MARK W. COLEMAN
2  2300 TULARE STREET, SUITE 300
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 552-8800
   FAX (559) 475-9328
4  mark@mcolemanlaw.com

5  ATTORNEYS FOR Defendant,
            SERGIO ALVARADO
6

7

8             UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00002-ADA-BAM |
12 | Plaintiff, | |
13 | v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
14 | SERGIO ALVARADO | |
15 | Defendant. | |

17      IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective
18 clients that the Sentencing hearing currently on calendar for June 5, 2023, at 8:30 a.m., be continued
19 to July 10, 2023, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.
20      IT IS FURTHER STIPULATED that the deadlines for filing formal objections to the Pre-
21 Sentence Investigation Report shall be continued in accordance with the new Sentencing date.
22      This continuance is requested by counsel for Defendant, SERGIO ALVARADO, due to the
23 fact that counsel needs additional time to prepare and file formal objections to the Probation Report.
24      Counsel for Defendant has spoken with Assistant U. S. Attorney, Stephanie Stokman, who
25 has no objection to this continuance.
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated: May 22, 2023. | Respectfully Submitted, |
| 2 | | LAW OFFICE OF MARK W. COLEMAN |
| 3 | | /s/ Mark W. Coleman |
| 4 | | MARK W. COLEMAN |
| 5 | | Attorney for Defendant |
| 6 | Dated: May 22, 2023. | UNITED STATES ATTORNEY'S OFFICE |
| 7 | | /s/ Stephanie Stokman |
| 8 | | STEPHANIE STOKMAN |
| 9 | | Assistant U.S. Attorney |

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated:   May 22, 2023

UNITED STATES DISTRICT JUDGE

2