MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
SERGIO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALVARADO<br><br>Defendant. | Case No. 1:20-CR-00002-ADA-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for July 10, 2023, at 8:30 a.m., be continued to August 28, 2023, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, SERGIO ALVARADO, due to the fact that counsel is currently in Trial in the Fresno County Superior Court and will be unavailable for Sentencing on July 10, 2023.

///

///

///

///

///

Counsel for Defendant has spoken with Assistant U. S. Attorney, Stephanie Stokman, who has no objection to this continuance.

Dated: July 7, 2023.                Respectfully Submitted,

                                    LAW OFFICE OF MARK W. COLEMAN

                                    /s/ Mark W. Coleman

                                    MARK W. COLEMAN
                                    Attorney for Defendant

Dated: July 7, 2023.                UNITED STATES ATTORNEY'S OFFICE

                                    /s/ Stephanie Stokman

                                    STEPHANIE STOKMAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   July 7, 2023            _____
                                    UNITED STATES DISTRICT JUDGE