| | |
|---|---|
| 1 | MARK W. COLEMAN #117306 |
| 2 | LAW OFFICE OF MARK W. COLEMAN<br>2300 TULARE STREET, SUITE 300 |
| 3 | FRESNO, CALIFORNIA 93721<br>PHONE (559) 552-8800 |
| 4 | FAX (559) 475-9328<br>mark@mcolemanlaw.com |

ATTORNEYS FOR Defendant,
SERGIO ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO ALVARADO

Defendant.

Case No. 1:20-CR-00002-ADA-BAM

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 28, 2023, at 8:30 a.m., be continued to November 13, 2023, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, SERGIO ALVARADO, due to the fact that counsel is currently in Trial in the Madera County Superior Court and will be unavailable for Sentencing on August 28, 2023.

///

///

///

///

///

Counsel for Defendant has spoken with Assistant U. S. Attorney, Stephanie Stokman, who has no objection to this continuance.

Dated: August 22, 2023.        Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant

Dated: August 22, 2023.        UNITED STATES ATTORNEY'S OFFICE

/s/ Stephanie Stokman

STEPHANIE STOKMAN
Assistant U.S. Attorney

\* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated:   August 22, 2023              _____
                                      UNITED STATES DISTRICT JUDGE