PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00002-ADA-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SERGIO ALVARADO, | |
| Defendant. | |

On or about February 27, 2023, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Sergio Alvarado forfeiting to the United States the following property:

a. Approximately .50115520 Bitcoin;
b. Approximately .99999774 Bitcoin Cash;
c. Approximately 27.21299767 Ethereum;
d. Approximately 67.35674854 Litecoin;
e. Approximately $83,761.68 seized from Educational Employees Credit Union account ending in 0300, held in the name of Sergio Alvarado;
f. Approximately $17,302.43 seized from Venmo account under username Sergio-Alvarado-11;
g. Approximately $12,501.25 seized from Bank of Sierra account ending in 6075, held in the name of KCOYB, LLC;
h. Approximately $4,169.71 seized from Golden 1 Credit Union account ending in 3409, held in the name of Sergio Alvarado;
i. Approximately $2,033.49 seized from Union Bank account ending in 6915,

    held in the name of Sergio Alvarado;

 j. Cashier's Check number 0019211816 issued by Wells Fargo Bank in the amount of $1,200; and,

 k. Approximately $200.00 seized from Citibank account ending in 2884, held in the name of Sergio Alvarado.

Beginning on March 5, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following entity known to have an alleged interest in the property:

 a. KCOYB, LLC:  A notice letter was sent via certified mail to Legalzoom.com, Inc., Attn: Joyce Yi or Sandra Menjivar, Registered Agent for Service of Process for KCOYB, LLC at 101 N. Brand Blvd., 11th Floor, Glendale, CA 91203.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on March 20, 2023.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Sergio Alvarado and KCOYB, LLC.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Postal Inspection Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __**November 29, 2023**__        _/s/ Jennifer L. Thurston_
                           UNITED STATES DISTRICT JUDGE